AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ▼

FILED

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No. **22 MR 1143** |
| The Person of Freddie GRANGER a.k.a Freddy GRANGER YOB 1981 | ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A (incorporated by reference).

located in the _____ District of ____New Mexico____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | | *Offense Description* |
| See attached Affidavit | See attached Affidavit | |

The application is based on these facts:
Please see the attached Affidavit of ATF Special Agent Amber Pace, which is incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Amber Pace, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonically sworn and electronically signed *(specify reliable electronic means)*.

Date: August 1, 2022

City and state: Albuquerque, New Mexico

_____
*Judge's signature*

Hon. John F. Robbenhaar, United States Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE SEARCH OF:

The Person of Freddie GRANGER
a.k.a Freddy GRANGER (YOB 1981)                Case No. _____

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

1.      I, Amber M. Pace, Special Agent of the Bureau of Alcohol, Tobacco, Firearms and

Explosives ("ATF"), being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

2.      I am an ATF Special Agent ("SA"). I have been employed with ATF since August

of 2020. I am an investigative or law enforcement officer of the United States within the meaning

of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States who

is empowered by law to conduct investigations and make arrests for the offenses enumerated in

Title 18, 21, and 26 of the United States Code.

3.      Through the ATF, I attended the Criminal Investigator Training Program at the

Federal Law Enforcement Training Center, as well as the Special Agent Basic Training Program

at the ATF National Academy. During these programs, I received instruction in and practiced the

investigation of violations of federal firearms, explosives, and arson statutes. Prior to employment

with ATF, I served for approximately eleven years as a state corrections officer and approximately

two years as a federal deportation officer. My training includes, among other things: (1) the

debriefing of defendants, witnesses and informants, as well as others who have knowledge of the

purchase, possession, distribution, and transportation of firearms and of the laundering and

concealment of proceeds of firearms and drug trafficking; (2) surveillance; (3) analysis and

processing of documentary, electronic, and physical evidence; (4) the legal and illegal purchase of

1

firearms; (5) the execution of arrest and search warrants seeking firearms and narcotics (6) and firearms trafficking.

4.     As a result of my training and experience, my knowledge of this investigation, and based on my consultation with more experienced law enforcement officers, I know that convicted felons must not own, possess, or have access to firearms, ammunition, destructive devices, or dangerous weapons.  I am also aware that when individuals handle and manipulate firearms, their DNA is often left behind and detectable by lab technicians.

5.     Because this Affidavit is submitted for the limited purpose of seeking a search warrant, I have not set forth each and every fact learned during the course of this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause.

### IDENTIFICATION OF THE INDIVIDUAL TO BE SEARCHED

6.     The individual to be searched is Freddie Granger ("GRANGER"), YOB 1981.  He is further described as a white/Hispanic male, approximately 5'08" tall and 180 pounds in weight.

7.     This warrant would authorize buccal swabs from GRANGER by way of oral swabs, which will be forwarded to a law enforcement forensic laboratory for DNA analysis and comparison.  Based on the following information, I believe there is cause to believe that GRANGER violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition).

8.     GRANGER is presently in custody at the Central New Mexico Correctional Facility ("CNMCF") pending a state probation violation hearing for the following felony convictions: aggravated assault with a deadly weapon, kidnapping and tampering with evidence.  He is also pending a federal charge for felon in possession of a firearm (*see* 22-MJ-1096) and state charges for murder and kidnapping.

## SUMMARY OF PROBABLE CAUSE

9.      On June 13, 2022, Officer Maldonado with the Carlsbad Police Department ("CPD") initiated a traffic stop on a white 2007 Mazda 3 sedan that did not have a license plate. The two occupants in the vehicle included the driver, GRANGER (who provided the name Edward Granger) and a female passenger C.D. Officer Maldonado asked GRANGER for his date of birth and GRANGER replied 12/30/1982 but was not able to give his age to the officer when asked. Neither of the occupants had any vehicle registration or insurance information for the vehicle. Officer Maldonado then asked the occupants to step out of the vehicle. Moments later, GRANGER placed the vehicle in drive and sped off.

10.     A short time later, Sergeant Moreno with CPD advised officers via police radio that the same white Mazda 3 sedan that had just fled from Officer Maldonado had been located. Officer Maldonado made contact with a victim, John Doe, who reported that he had been carjacked at gunpoint. The carjacking occurred at 618 W. Pierce St, Carlsbad, New Mexico. John Doe reported to officers that a male exited a white Mazda 3 sedan and pointed a gun at him. John Doe further reported that the vehicle that the male and female stole from him was a 2009 maroon Chevrolet Malibu. John Doe further described the firearm as having a dark grey upper and a black lower.

11.     Detective Calderon with the CPD obtained surveillance footage from the area where the carjacking occurred and reviewed body camera video and was able to positively identify the suspect as GRANGER.

12.     On July 8, 2022, ATF agents and Albuquerque Police Department ("APD") detectives arrested GRANGER on an outstanding federal warrant (22-MJ-1096) and state arrest warrants near the address of 3105 Candlelight Dr NE, Albuquerque, New Mexico, 87111.

3

13.     On the same date but prior to his arrest, ATF SAs Katie Stamper and Noeh Mejia conducted surveillance at 3105 Candlelight Dr. SAs Mejia and Stamper observed a 2007 Maroon Chevrolet Malibu (that was spray painted black) arrive at the residence at approximately 09:00 a.m. At that time SAs Stamper and Mejia positively identified GRANGER and observed GRANGER and C.D. enter through a gated entry way at the residence. SAs Stamper and Mejia observed C.D. and GRANGER carrying bags into the entry way at the residence assisted by a male, later identified as D.L. Sometime later, SAs Stamper and Mejia observed D.L. and another male, later identified as L.J., exit through the entryway, and depart the residence by foot. At that time, GRANGER was observed locking the metal gate upon their departure.

14.     Sometime later, GRANGER and C.D. were observed taking bags to and from the vehicle they arrived in and the residence.  At approximately 12:00 p.m. SAs Mejia and Stamper observed C.D. standing on the trunk of the vehicle for approximately 10-15 minutes and a short time later GRANGER and C.D. return inside the residence. SA Mejia and Stamper then observed D.L., GRANGER and C.D. depart the residence in the Chevrolet Malibu while L.J. was observed departing the residence on foot. SA Nathan Kempton notified agents that at approximately 3:30 p.m., the vehicle was observed arriving back at the 3105 Candlelight address and GRANGER, D.L, C.D and L.J were seen exiting the vehicle.

15.     At approximately 4:30 p.m. GRANGER was located by the ATF Special Response Canine Team, after fleeing on foot, in the neighboring yard at 3101 Candlelight Dr NE, Albuquerque, hiding behind a shed. GRANGER was taken into custody and when asked by SA Jacob Mackie where the firearm was, GRANGER responded by indicating a direction in the backyard area.

16.     Later on July 8th, SA Wright located a Glock, model 29GEN4, 10mm caliber pistol bearing serial number BSRR266, under a gas grill in the yard at the address of 3104 Lori Pl NE, Albuquerque New Mexico. The firearm is black in color. The female occupant denied ownership of the firearm and the firearm was located just west of where GRANGER was located prior to being taken into custody.

17.     Based on the aforementioned information, I believe GRANGER exercised demonstrable control of, and had access to, the firearm, and therefore violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm. Based on John Doe's description of the firearm used in the carjacking, I also have reason to believe this is the same firearm agents recovered on the date of GRANGER's arrest. As such, I am seeking authorization to collect DNA samples from GRANGER to be utilized in the examination of the evidence collected in this matter, specifically to compare with any DNA that is found on the firearm and other physical evidence collected.

18.     This Affidavit was reviewed and approved by Assistant United States Attorney Jaymie L. Roybal.

Respectfully submitted,

Amber M. Pace
ATF Special Agent

Subscribed and sworn to telephonically and submitted electronically on August 1, 2022:

THE HONORABLE JOHN F. ROBBENHAAR
United States Magistrate Judge

5

## ATTACHMENT A

## PERSON TO BE SEARCHED:

The Body of Freddie GRANGER a.k.a Freddy GRANGER (YOB 1981)



**ATTACHMENT B**

**ITEMS TO BE SEIZED**:

Agents will collect DNA of GRANGER by way of buccal swabs.